1
2    NOTE: CHANGES MADE BY THE COURT
3
4    JS-6
5
6
7
8    UNITED STATES DISTRICT COURT
9    CENTRAL DISTRICT OF CALIFORNIA
10
11   CALIFORNIA IRONWORKERS ) Case No. CV 10-2429 JFW (Ex)
     FIELD PENSION TRUST; et al., )
12                                 ) JUDGMENT
            Plaintiffs,            )
13                                 )
         v.                        )
14                                 ) Hearing Date: March 7, 2011
     ACE IRON, INCORPORATED,       ) Time:         1:30 p.m.
15   and ACE IRON ERECTORS,        ) Courtroom:    16
     INCORPORATED,                 ) Hon. John F. Walter
16                                 )
            Defendants.            ) Complaint Filed: April 2, 2010
17                                 ) Pre-trial Conference: April 29, 2011
                                   ) Trial Date:   May 17, 2011
18   ─────────────────────────────  )

19        The Court having granted Plaintiffs' Motion for Summary Judgment against

20   Defendant Ace Iron, Inc. and Plaintiffs' Application for Default Judgment against

21   Defendant Ace Iron Erectors, Inc., in its minute order dated March 4, 2011,

22        IT IS ORDERED AND ADJUDGED that Plaintiffs, the CALIFORNIA

23   IRONWORKERS FIELD PENSION TRUST, CALIFORNIA IRONWORKERS

24   FIELD WELFARE PLAN, CALIFORNIA FIELD IRONWORKERS VACATION

25   TRUST, CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP

26   TRAINING AND JOURNEYMAN RETRAINING FUND, CALIFORNIA AND

27   VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, CALIFORNIA

28   FIELD IRONWORKERS ADMINISTRATIVE TRUST, CALIFORNIA FIELD

1  IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST and
2  IRONWORKERS WORKER'S COMPENSATION TRUST shall recover from
3  Defendant ACE IRON, INC. and Defendant ACE IRON ERECTORS, INC. the sum
4  of $316,932.88 in unpaid contributions, $202,527.19 in unpaid liquidated damages,
5  $104,851.15 in accrued interest and $5,542.70 for audit fees incurred for a total of
6  **$629,853.92** plus reasonable attorney's fees and litigation costs. Plaintiffs shall
7  submit to the Court an Application to Tax Costs pursuant to Local Rule 54-3 and an
8  Application for attorney's fees pursuant to Local Rule 54-12.
9  　　　It is further ordered as part of this Judgment that Defendants submit their
10 books and records to Plaintiffs for an audit for the time period of August 2010 to the
11 present.
12 　　　Judgment is entered this 4th day of March, 2011.

14 DATED: March 4, 2011　　　　　　_____
15 　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE